UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| LAKEVIEW LOAN SERVICING LLC, )<br>                 )<br>     Plaintiff      )<br>                 )<br>    v.           )<br>                 )<br>RACHEL LEE LANGUET, *Personal* )<br>*Representative for the Estate of Lucas* )<br>*Languet,* )<br>                 )<br>     Defendant   )  | No. 1:26-cv-100-LEW |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On May 6, 2026, the United States Magistrate Judge filed with the Court, with a copy to counsel that represents Plainitff, the Recommended Decision (ECF No. 7) on Plaintiff's Motion to Appoint Receiver (ECF No. 6). The time within which to file objections expired and no objection has been filed.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 7) is hereby AFFIRMED and ADOPTED. Benjamin P. Campo, Jr., Esq. is appointed as receiver of the Property located at 72 First Rangeway, Waterville, Maine.

**SO ORDERED.**

Dated this 23rd day of June, 2026.

/s/ Lance E. Walker
Chief U.S. District Judge